# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2325

_____

In re:  President Casinos, Inc.                     *
                                                    *
                      Debtor,                       *
----------------------------------------            *
                                                    *    Appeal from the United States
Mary Zegeer,                                        *    District Court for the
                                                    *    Eastern District of Missouri.
                      Appellant,                    *
                                                    *    [UNPUBLISHED]
        v.                                          *
                                                    *
President Casinos, Inc.,                            *
                                                    *
                      Appellee.                     *

_____

Submitted: November 3, 2010
Filed: November 5, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Mary Zegeer appeals the district court's[1] affirmance of the bankruptcy court's[2] order confirming the plan of liquidation for President Casinos, Inc.  Following careful

_____

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

[2]The Honorable Kathy A. Surratt-States, United States Bankruptcy Judge for the Eastern District of Missouri.

de novo review, see In re Reynolds, 425 F.3d 526, 531 (8th Cir. 2005), we agree with the district court that Zegeer's appeal was equitably moot:  the plan has been substantially consummated; Zegeer did not seek a stay; the relief requested would negatively affect the rights of parties not before the court and the success of the plan; and public policy weighs in favor of mootness.  See In re Williams, 256 B.R. 885, 896 (B.A.P. 8th Cir. 2001) (factors considered in determining equitable mootness). Accordingly, we affirm.  See 8th Cir. R. 47B.

_____